# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| **DEBORAH K. JOURDAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )  NO. 04-459-CJP |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on September 14, 2005, the final decision of the Commissioner of Social Security is **AFFIRMED**.

Judgment is entered in favor of defendant **JO ANNE B. BARNHART** and against plaintiff **DEBORAH K. JOURDAN**.   Plaintiff shall take nothing from this action.

**DATED**: September 15, 2005

                                            **NORBERT G. JAWORSKI,  CLERK**

                                            **BY:** <u>S/ Angela M. Vehlewald</u>
                                                      **Deputy Clerk**

**Approved by** <u>S/ Clifford J. Proud</u>
           **United States Magistrate Judge**
                **Clifford J. Proud**